IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NUMBER 5:25-CR-00009-RWS |
| § | |
| § | |
| DAVID COC-MAQUIN § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMENDATION ON GUILTY PLEA**

The above-styled matter was referred to the Honorable J. Boone Baxter, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Baxter conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (Docket No. 22). Judge Baxter recommended that the Court accept Defendant's guilty plea. He further recommended that the Court finally adjudge Defendant as guilty of Count One of the Indictment. Count One of the Indictment charges a violation of Title 8 U.S.C. § 1326(a) - Illegal Reentry Following Removal. The parties have not objected to the Magistrate Judge's findings. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 22) is **ADOPTED**. It is further

**ORDERED**, in accordance with the Defendant's guilty plea and the Magistrate Judge's findings, the Court finds the Defendant **GUILTY** as to Count One of the Indictment and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count One of the Indictment.

**So ORDERED and SIGNED this 6th day of November, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE